UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DESIREE A. MONTAGUE,

        Plaintiff,

    v.

SAFEWAY INC., et al.,

        Defendants.

C17-1241 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion to Dismiss, docket no. 8, is GRANTED in part and DENIED in part. The Court is satisfied that the Complaint for Damages, docket no. 1 (the "Complaint"), alleges sufficient facts to state a claim for Violation of the Americans with Disabilities Act, 42 U.S.C. § 12111, *et seq.*, and the Washington Law Against Discrimination, RCW 49.60.180(2). *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Plaintiff's remaining claims for Violation of Title VII of the Civil Rights Act of 1964 (Complaint at ¶¶ 40–46) and Wrongful Discharge (*id.* at Complaint at ¶¶ 56–59) are dismissed without prejudice and with leave to amend no later than April 6, 2018.[1]

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of March, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] The Court notes that Plaintiff has not made clear why Defendant Sedgwick Claims Management Services, Inc., might be liable under either of these theories.

MINUTE ORDER - 1