UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DESIREE A MONTAGUE,

        Plaintiff,

  v.

SAFEWAY INC, et al.,

        Defendants.

C17-1241 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's counsel filed and served a Statement Noting Death of Plaintiff, docket no. 17, more than ninety (90) days ago, but no motion for substitution has since been filed. Plaintiff's counsel is therefore ORDERED to show cause by July 27, 2018, why this action should not be dismissed under Federal Rule of Civil Procedure 25(a).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of June, 2018.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1