THE HONORABLE THOMAS S. ZILLY

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DESIREE A. MONTAGUE,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC., a Delaware corporation; and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois corporation,<br><br>Defendants. | NO. 2:17-cv-01241-TSZ<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter came before the above-titled Court, on the parties Joint Motion for Order of Dismissal Without Prejudice, docket no. 21 (the "motion"), and the Court being fully apprised and having reviewed the motion, NOW THEREFORE,

IT IS HEREBY ORDERED that the Joint Motion for Order of Dismissal is hereby **GRANTED** and this case is **DISMISSED** without prejudice and without costs.

SO ORDERED this 16th day of July, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 1

Presented By:


    */s/ Thomas G. Burke*
Thomas G. Burke, WSBA # 6577
Attorney for Plaintiff



*s/ Krista Hardwick*
Krista Hardwick, WSBA # 44959
Attorney for Defendants

ORDER OF DISMISSAL - 2